## NEW YORK SUPERIOR COURT.

EMIL VON SCHONING agt. THOMAS MITCHELL and ANDREW
BUCHANAN.

In an action to recover the possession of personal property, where the jury found a
verdict for the plaintiff for the return of the property, assessing the value at less
than $50—no damages found for the detention of the property, *held*, that the
plaintiff having prevailed, and being entitled to nominal damages and costs at
least, *the defendant was not entitled to costs.*

*Special Term, April,* 1862.

THIS was an action brought by the plaintiff to recover
the possession of personal property, the value of which, as
sworn to by the plaintiff, was $60. On the trial of the
cause, the jury found a verdict for the plaintiff for the re-
turn of the property, assessing the value thereof at $40.
No damages were found for the detention of the property.
On the taxation, the clerk adjusted costs in favor of the
defendants, on the ground that the verdict was for a less
sum than $50, and that no damages had been awarded to
the plaintiff for the detention thereof; thereupon the de-
fendants entered up judgment against the plaintiff for costs,
less $40, the value of the property as assessed by the jury.

This motion was to vacate the judgment.

A. H. REAVEY, *for the plaintiff.*

J. G. McADAM, *for the defendants.*

MONCRIEF, Justice. I think the judgment is irregular in
that it gives costs to the defendants. The plaintiff is the
prevailing party; the jury found a verdict for the return
of the property to him, assessing its value at $40. This
entitled the plaintiff to recover at least nominal damages;
and section 304 (Code) gives to him the like amount of
costs; the plaintiff being entitled to costs of any amount,
the defendant cannot recover costs.

The motion should be granted, with $7 costs.